IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Civil No.  2:12-CV-00722-WBS- |
| Plaintiff, ) | JFM |
| v. ) | **ORDER** |
| RONALD LEE BREKKE, ) | |
| Defendant. ) | |

Defendant's motion entitled "Coram Non-Judice No Subject Matter Jurisdiction" (Docket No. 23 and 24) is DENIED.  This court had jurisdiction to enter its Order of August 27, 2012 (Docket No. 18), and will not set it aside.

DATED:  March 11, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE